OCTOBER 16, 1946

**No. 51374.—****—Protests 117822–K, etc., of J. A. Forrest Co. et al. Abstract 51289. Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1946

**No. 51375.—**Protests 7261–K, etc., of Fred Haslam & Co., Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51376.—**Protests 497765–G, etc., of Bloomingdale Bros., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.